THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD S. MORAN, JR., Appellant.

Argued October 10, 1940; decided November 13, 1940.

*John C. McDermott, Harold H. Corbin* and *Edward J. Bennett* for appellant.

*Thomas E. Dewey, District Attorney (Stanley H. Fuld* and *Burr F. Coleman* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and LEWIS, JJ. Taking no part: CONWAY, J.